THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEUM COMPANY, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNIVERSITY OF SINGAPORE, a foreign, non-profit entity,<br><br>Defendant. | CASE NO. C17-1252-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to amend Defendant's answer to the Second Amended Complaint (Dkt. No. 37). Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant may file within fourteen (14) days of this order its Amended Answer to Plaintiff's Second Amended Complaint in the form attached to the stipulation.

DATED this 16th day of August 2018.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk