THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEUM COMPANY, LLC, | CASE NO. C17-1252-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATIONAL UNIVERSITY OF SINGAPORE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to re-note motions and extend briefing schedule (Dkt. No. 54). Having thoroughly considered the motion and relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The Clerk is DIRECTED to re-note Defendant's motion to seal declarations in support of motion for summary judgment (Dkt. No. 43) and motion for summary judgment (Dkt. No. 45) to December 21, 2018;

2. Plaintiff's responses to the above motions shall be filed no later than December 13, 2018; and

3. Defendant's replies shall be filed no later than December 21, 2018.

//

DATED this 30th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1252-JCC
PAGE - 2