THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEUM COMPANY, LLC, | CASE NO. C17-1252-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATIONAL UNIVERSITY OF SINGAPORE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Clerk is DIRECTED to re-note Defendant's pending motion to seal documents in support of motion for summary judgment (Dkt. No. 43) and Plaintiff's pending motion to seal (Dkt. No. 59) to January 25, 2019.

DATED this 18th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk