1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

INTEUM COMPANY, LLC, a Washington
limited liability company,

CASE NO. C17-1252-JCC

MINUTE ORDER

11

                          Plaintiff,

        v.

12
13

NATIONAL UNIVERSITY OF SINGAPORE, a
foreign, non-profit entity,

14

                          Defendant.

15

16          The following Minute Order is made by direction of the Court, the Honorable John C.

17   Coughenour, United States District Judge:

18          This matter comes before the Court on Plaintiff's response to the Court's order to show

19   cause (Dkt. No. 104). In its order to show cause, the Court ordered Plaintiff to identify what

20   theory of damages and evidence supports its remaining breach of contract claims. (Dkt. No. 101

21   at 27.) Plaintiff has stated that it will seek expectation damages for its breach of contract claims,

22   and will rely on the testimony of Plaintiff's CEO regarding the costs incurred by Plaintiff in

23   developing the Inteum database. (Dkt. No. 104.) Trial remains scheduled for March 18, 2019 at

24   9:30 a.m.

25          //

26          //

DATED this 12th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk